UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| JIMMY RAY FERRER,<br><br>        Petitioner,<br><br>    v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>        Respondents. | No. 5:18-cv-02131-JVS (JDE)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition and the Report and Recommendation of the United States Magistrate Judge. Petitioner did not file any objections to the Report and Recommendation. The Court accordingly accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that Judgment shall be entered denying the Petition and dismissing this action without prejudice.

Dated: January 07, 2019

                                              JAMES V. SELNA
                                              United States District Judge