JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| JIMMY RAY FERRER, | No. 5:18-cv-02131-JVS (JDE) |
| Petitioner, | JUDGMENT |
| v. | |
| STATE OF CALIFORNIA, et al., | |
| Respondents. | |

Pursuant to the Order Accepting Findings and Recommendation of the United States Magistrate Judge,

IT IS ADJUDGED that that the petition is dismissed without prejudice.

Dated: January 07, 2019

_____
JAMES V. SELNA
United States District Judge